**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00346-BNB
(**The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.**)

WELLMAN GIBSON,

 Plaintiff,

v.

MJR MARGE ANA ALDRICH,
HSA HOFFMAN,
NURSE 3 JODI SINKER,
CMO MARTINEZ,
LT. CRAIG,
LT TOPLESS,
JANE DOE (Nurse Name Unknown), and
SHIRLEY (Nurse Last Name Unknown(,

 Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Wellman Gibson, is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility

in Cañon City, Colorado.  Plaintiff initiated this action by filing *pro se* a Prisoner

Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2(b), the Court

has determined that the submitted document is deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) __  is not submitted

(2)    X    is not on proper form ((must use Court-approved form revised 10-1-12))
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    __    affidavit is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or application
(8)    __    other: In the alternative Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9)    __    is not submitted
(10)   __    is not on proper form (must use the court's current form)
(11)   __    is missing an original signature by the Plaintiff
(12)   __    is incomplete
(13)   __    uses et al. instead of listing all parties in caption
(14)   __    names in caption do not match names in text of Complaint
(15)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __    other:.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 7, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2