IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00346-LTB

WELLMAN GIBSON,

    Plaintiff,

v.

MJR MARGE ANN ALDRICH,
ASA HOFFMAN,
NURSE 3 JODI SINKER,
CMO MARTINEZ,
LT. CRAIG,
LT. TOPLESS,
JANE DOE (Nurse Name Unknown),
SHIRLEY (Nurse last name unknown), and
Pamela Dang,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4th day of June, 2014.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/K Lyons
                      Deputy Clerk